# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 79 MM 2018
:
Respondent :
:
:
:
v. :
:
:
:
ARTIS CARNEL CARROLL JR., :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of July, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the Motion for Leave to File Lower Court Record are DENIED.